UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY N. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS RANDOLPH SAVEL,<br><br>Defendant. | Case No. 16-cv-04703-SK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On October 6, 2016, the Court dismissed Plaintiff's complaint, but provided leave to amend. The Court advised Plaintiff that if she did not file an amended complaint which alleges a cognizable claim under federal law by November 3, 2016, it would dismiss her case with prejudice. This deadline has passed, and Plaintiff failed to file an amended complaint. Accordingly, the Court HEREBY DISMISSES this action with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 10, 2016

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge